■ HAROLD ROSMAN, Respondent, v. RICHARD W. DUPRE, Appellant.— Judgment entered upon a resettled order granting summary judgment in the amount of $6,032.80, with interest, costs and disbursements, unanimously modified, on the law, to the extent of reducing the amount of said judgment to $2,441.60, with interest, costs and disbursements, and otherwise affirmed, with costs to plaintiff-respondent. The agreement for the compensation of plaintiff by its very terms provides that his fee was to be paid one third upon receipt of the revenue agents' reports, and the balance in monthly installments of $250 each. Only four of these installments were due when this suit was instituted. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ GLORIA SCOTT v. HENRY SCOTT.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the Corporation Counsel, City of New York, and files 6 typewritten or 19 mimeographed copies of the appellant's points together with the original record with this court on or before March 28, 1961, with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ FLORENCE SCAVELLI et al., v. KEEN'S ENGLISH CHOP HOUSE, LTD.— Motion for a stay denied, with $10 costs. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of MARC A. BENNETT v. ANNA M. KROSS, as Commissioner of the Department of Correction of the City of New York.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

12 THE PEOPLE OF THE STATE OF NEW YORK v. HEZEKIEL MOORE.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court entered herein. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JUAN FIGUEROA.— Motion to vacate order of this court granted insofar as to vacate the order of this court, entered on December 10, 1959, and to reinstate the appeal taken by the defendant from the judgment of the Court of Special Sessions of the City of New York, Bronx County, rendered on June 16, 1959. The time of the appellant to serve and file the record on appeal and the appellant's points is enlarged up to and including March 28, 1961 with notice of argument for the May 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

■ In the Matter of I. FRANK MILLER v. THOMAS THACHER, as Superintendent of Insurance.— Motion to dismiss proceeding granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK v. MICHAEL JANICKI.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.